UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>United States of America</u>

       v.                        Criminal No. 08-cr-130-01-JD

<u>Eric Mejias</u>


<u>O R D E R</u>

    The assented to motion to reschedule jury trial (document no. 8) filed by defendant is granted.

    The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.


                                                     ***/s/Joseph A. DiClerico, Jr.***
                                                     Joseph A. DiClerico, Jr.
                                                     United States District Judge

Date:  November 26, 2008


cc:   Jessica C. Brown, AFD
      Jennifer C. Davis, Esq.
      U.S. Marshal
      U.S. Probation